AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, Jr., Joseph F. | United States District Court - District of South Carolina | 10/31/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Senior | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

901 Richland Street, Columbia, SC 29201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 3/22/2018 | Retirement Account with the S.C. Retirement System. Value is between $15,000 and $50,000. See Part VIII for a more complete explanation. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2018 | University of South Carolina School of Law - Adjunct Instructor Pay | $75,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | S.C. Assn. for Justice | 8/2/18-8/4/18 | Hilton Head Island, SC | Annual Convention | Lodging, Registration Fee |
| 2. | NYU School of Law | 3/29/18-3/31/18 | New York, NY | Civil Jury Trial Project | Lodging, Travel |
| 3. | Texas Bar & Bench | 10/17/18-10/20/18 | Plano, TX | Speaker at Continuing Legal Education Program | Lodging, Travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 10/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 10/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account | A | Interest | M | T | | | | | |
| 2. US Savings Bond (Series I) | C | Interest | L | T | | | | | |
| 3. Money Market: Bank of America | B | Interest | M | T | | | | | |
| 4. Stock: Gilead Sciences | A | Dividend | K | T | | | | | |
| 5. Stock: Kinder Morgan | A | Dividend | K | T | | | | | |
| 6. Stock: Johnson & Johnson | A | Dividend | K | T | | | | | |
| 7. Stock: AT&T | B | Dividend | K | T | | | | | |
| 8. Stock: Duke Energy | C | Dividend | M | T | | | | | |
| 9. Stock: SCANA | B | Dividend | | | Sold | 07/09/18 | K | A | n/a |
| 10. Stock: Exxon Mobil | D | Dividend | M | T | | | | | |
| 11. Gold Deposit: Standard & Poors | A | Dividend | K | T | | | | | |
| 12. Mutual Fund: Vanguard Wellington | C | Dividend | L | T | | | | | |
| 13. Mutual Fund: Vanguard Global Equity | A | Dividend | K | T | | | | | |
| 14. Mutual Fund: Vanguard Energy Fund | B | Dividend | K | T | | | | | |
| 15. Mutual Fund: Vanguard Dividend Growth | B | Dividend | L | T | | | | | |
| 16. Mutual Fund: Vanguard Selected Value | B | Dividend | K | T | | | | | |
| 17. Mutual Fund: Vanguard Health Care | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Ltd. Pship Interest: Enterprise Products Partners | A | Distribution | J | T | | | | | |
| 19. Ltd. Pship Interest: Energy Transfer Equity | C | Distribution | L | T | | | | | |
| 20. Ltd. Pship Interest: Plains All American Pipeline | A | Distribution | J | T | | | | | |
| 21. Land Tract: Unimproved 1.77 Acres | | None | K | W | | | | | |
| 22. Savings Account - First Community Bank | B | Int./Div. | M | T | | | | | |
| 23. Raymond James Cash Account | A | Int./Div. | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 10/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Branch Bank and Trust Co., Columbia, SC
2. Series I Savings Bond
3. Merrill Lynch is a subsidiary of Bank of America and the Bank changed the name of the account in 2016. The account is the same as on item 3 in 2015.
4. Gilead Sciences (stock)
5. Kinder Morgan (stock)
6. Johnson & Johnson (stock)
7. AT&T (stock)
8. Duke Energy (stock)
9. SCANA (stock)
10. Exxon Mobil (stock)
11. Standard and Poors Deposit Receipt, NY Exchange Traded Fund
12. Vanguard Wellington Fund; Philadelphia, PA
13. Vanguard Global Equity Fund; Philadelphia, PA
14. Vanguard Energy Fund; Philadelphia, PA
15. Vanguard Dividend Growth
16. Vanguard Selected Value
17. Vanguard Health Care
18. Energy Enterprise Partners, Houston, TX
19. Energy Transfer Equity, Dallas, TX
20. Plains All American Pipeline, Houston, TX
21. Land Tract 1.77 acres in SC $18,500
22. Savings Account First Community Bank opened 10/31/16
23. Raymond James Cash Account opened 2/1/17
24. South Carolina Retirement Systems (now listed in Part II per Committee on Financial Disclosure). Regarding my S.C. Retirement Account now referenced in Part II: I teach an adjunct course at a state-supported law school and therefore have a small state retirement account. The Committee told me to report all "assets, stocks, and bonds that are part of this account." This is not an account like an IRA where I make specific investments. Rather, according to the S.C. Retirement System: "The funds in member accounts under the S.C. Retirement Systems are not invested individually at the direction of members. Rather, member accounts, like all assets of the Retirement Systems, are held in a group trust and are invested collectively by the S.C. Retirement System Investment Commission. Accordingly, members of the Retirement Systems do not have any individual ownership in any particular stocks, bonds, or other investments made by the Investment Commission in its management of the Retirement Systems' group trust." When I called and explained this to the Committee staff, I was told to list my state retirement account under Part II "Agreements". I have amended this Financial Disclosure Report accordingly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph F. Anderson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544